[No. 70552-1-I.   Division One.   June 9, 2014.]

ANTHONY DADVAR, *Appellant*, v. APPLEBEE'S SERVICES, INC.,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-09872-7, Eric Z. Lucas, J., entered May 29, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[No. 70692-6-I.   Division One.   June 9, 2014.]

*In the Matter of the Detention of* RICHARD ROY SCOTT.

Appeal from a judgment of the Superior Court for King County, No. 03-2-25609-9, Carol A. Schapira, J., entered June 25, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Becker, J.

[No. 70700-1-I.   Division One.   June 9, 2014.]

*In the Matter of the Dependency of* V.K.F.

GALINA FRALEY, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-7-00002-9, Alfred L. Heydrich, J. Pro Tem., entered May 2, May 9, and May 30, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 70729-9-I.   Division One.   June 9, 2014.]

*In the Matter of the Marriage of* KAREN M. JONES,
*Respondent*, and PERRY J. JONES III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-02252-0, Monica J. Benton, J., entered May 1, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Trickey, JJ.